United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Andres Gonzalez Lopez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2495 |
| | § | |
| Markwayne Mullin, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER ON DISMISSAL

Petitioner Andres Lopez Gonzalez filed a petition for a federal writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. Doc. 1. In accordance with the Notice of Voluntary Dismissal filed on June 9, 2026, Doc. 9, this action is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to CLOSE this case.

Counsel for Petitioner is ORDERED to provide notice of this action with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge